ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-0378
Fax: (212)637-2750

RECEIVED
MAR - 5 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
CAROLYN R. SAUER,               :
                                :
              Plaintiff,        :
                                :
                                :    STIPULATION AND ORDER
        - v -                   :    07 Civ. 6172 (LAK)
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay plaintiff's counsel, the sum of one thousand one hundred thirty-seven dollars and thirty cents ($1,137.30) in attorney's fees, pursuant to



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

the Equal Access to Justice Act, 28 U.S.C. § 2412, in full satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
       February 26, 2008

                                    INSLER & HERMANN, LLP
                                    Attorneys for Plaintiff

                              By: /s/ Gabriel J. Hermann
Gabriel J. Hermann              ~~LEWIS B. INSLER~~, ESQ.
                                    80 Grasslands Road, Suite 102
                                    Elmsford, New York 10523
                                    Telephone No. (914) 286-3030

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

                              By: /s/ Leslie A. Ramirez-Fisher
                                    LESLIE A. RAMIREZ-FISHER
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Telephone No. (212) 637-0378
                                    Leslie Ramirez Fisher@ usdoj.gov

SO ORDERED:

_____
United States District Judge
3/5/08