UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAROLYN SAUER,

                      Plaintiff,

         -against-                                    07 Civ. 6172 (LAK)

MICHAEL J. ASTRUE, etc.,

                      Defendant.
------------------------------------------------------------x

[USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED #: 9/17/09]

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for attorneys fees [docket item 11] is granted on consent.

       SO ORDERED.

Dated:      September 16, 2009

                                                  Lewis A. Kaplan
                                          United States District Judge